**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-7454**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WARREN LAMONT LITTLE, a/k/a Pete,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-95-146)

Submitted:  February 8, 2001          Decided:  February 14, 2001

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Warren Lamont Little, Appellant Pro Se.  David Bernard Smith, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Warren Lamont Little appeals from the district court's order denying his Fed. R. Crim. P. 35(b) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Little</u>, No. CR-95-146 (M.D.N.C. Sept. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>